01
02
03
04
05
06
07
08
09
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN KOLB,    )   Case No. C07-156-RSM-JPD
                 )
       Plaintiff,)
                 )
   v.            )
                 )   MINUTE ORDER
LOWE'S HOME IMPROVEMENT, )
                 )
       Defendant.)
_____)

16  The following minute order is made at the direction of the Court, the Honorable James

17 P. Donohue, United States Magistrate Judge.  On January 31, 2007, plaintiff filed an

18 application to proceed *in forma pauperis* ("IFP") in this employment discrimination suit

19 against Lowe's Home Improvement.  Dkt. No. 1-1.  However, the following deficiencies have

20 been noted:

21  (1)  Plaintiff's IFP application is incomplete.  Plaintiff has failed to complete his

22 answers to questions 1 and 2.  Specifically, plaintiff must inform the Court if he is currently

23 employed, and if so, must state the name and address of his current employer and the amount

24 of his salary or monthly wages (both gross and net).  If he is not currently employed, plaintiff

25 must state the date of his last employment and the amount of the salary and wages (per month)

26 that he received.  Next, he must describe the source of money and amount received as a result

of his answer to question 2.a.

01      (2)     The plaintiff is hereby ordered to complete and return the amended IFP
02 application to the Clerk's office **no later than March 15, 2007**.  Otherwise, the action may be
03 subject to dismissal.
04      (3)     The Clerk is directed to send copies of this Order to the plaintiff and the
05 Honorable Ricardo S. Martinez, District Judge.
06      DATED this 6th day of February, 2007.

                              Bruce Rifkin
                              Clerk of the Court


                              /s/  Peter H. Voelker
                              PETER H. VOELKER
                              Deputy Clerk