UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN KOLB,               )   Case No. C07-156-RSM-JPD
                            )
        Plaintiff,          )
                            )
    v.                      )
                            )   MINUTE ORDER
LOWE'S HOME IMPROVEMENT,    )
                            )
        Defendant.          )
_____ )

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge. On January 31, 2007, plaintiff filed an application to proceed *in forma pauperis* ("IFP") in this employment discrimination suit against Lowe's Home Improvement. Dkt. No. 1-1. However, the following deficiencies have been noted:

(1) Plaintiff's IFP application is incomplete. Plaintiff has failed to complete his answers to questions 1 and 2. Specifically, plaintiff must inform the Court if he is currently employed, and if so, must state the name and address of his current employer and the amount of his salary or monthly wages (both gross and net). If he is not currently employed, plaintiff must state the date of his last employment and the amount of the salary and wages (per month) that he received. Next, he must describe the source of money and amount received as a result of his answer to question 2.a.

01      (2)    The plaintiff is hereby ordered to complete and return the amended IFP
02 application to the Clerk's office **no later than March 15, 2007**. Otherwise, the action may be
03 subject to dismissal.
04      (3)    The Clerk is directed to send copies of this Order to the plaintiff and the
05 Honorable Ricardo S. Martinez, District Judge.
06      DATED this 6th day of February, 2007.

           Bruce Rifkin
           Clerk of the Court

           /s/ Peter H. Voelker
           PETER H. VOELKER
           Deputy Clerk